## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JAILSON DA SILVA CARVALHO,** | **Case No. 26–cv–06954–ESK** |
| **Petitioner,** | |
| **v.** | **OPINION AND ORDER** |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE),** *et al.,* | |
| **Respondents.** | |

**THIS MATTER** is before the Court on petitioner Jailson da Silva Carvalho's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Petition).  (ECF No. 1.)

1.    Petitioner is a noncitizen presently detained in the Elizabeth Detention Center.  (ECF No. 1 ¶ 1.)  He seeks a temporary restraining order prohibiting respondents from transferring him while his habeas petition is pending.  (*Id.* ¶ 2.)

2.    Under 28 U.S.C. § 2241(c), habeas relief may be extended to a prisoner only when he "is in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2241(c)(3).  A federal court has jurisdiction over such a petition if the petitioner is "in custody" and the custody is allegedly "in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2241(c)(3); *Maleng v. Cook*, 490 U.S. 488, 490 (1989).

3.    Petitioner raises no arguments concerning his custody.  He only asks that respondents not transfer him "pending full adjudication of this petition."  (ECF No. 1 ¶ 40.)

4.    Absent unlawful detention, however, the Attorney General has the authority to determine the appropriate place of detention for immigration detainees.  8 U.S.C. § 1231(g)(1) (2012) ("The Attorney General shall arrange for appropriate places of detention for [noncitizens] detained pending removal or a decision on removal.").

5.    In the absence of any argument that petitioner's custody is itself unlawful, there is nothing for me to decide pursuant to § 2241.

Accordingly,

**IT IS** on this **23rd** day of **June 2026** **ORDERED** that:

1.     The Petition at ECF No. 1 is **DISMISSED WITHOUT PREJUDICE**.

2.     Any restrictions imposed by this Court on petitioner's location are **LIFTED**.

5.     The Clerk shall send a copy of this Opinion and Order to petitioner by regular mail and mark this case **CLOSED**.


_/s/ Edward S. Kiel_
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**